THE STATE EX REL. KEGLEY, APPELLEE AND CROSS-APPELLANT, *v.*
INDUSTRIAL COMMISSION OF OHIO ET AL.; ABEX CORPORATION,
APPELLANT AND CROSS-APPELLEE.

[Cite as *State ex rel. Kegley v. Indus. Comm.*
(1998), 82 Ohio St.3d 379.]

(No. 96–389—Submitted June 9, 1998—Decided July 22, 1998.)

---

*Livorno & Arnett, John F. Livorno* and *Charles W. Kranstuber*, for appellee and cross-appellant.
*Porter, Wright, Morris & Arthur* and *Darrell R. Shepard*, for appellant and cross-appellee.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.